STATE OF CONNECTICUT *v.* WILLIAM ANDREWS

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 819 (AC 25508), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided September 12, 2007

CHERYL TERRY *v.* WILLIAM TERRY

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 215 (AC 26843), is denied.

*Kevin W. Hadfield*, in support of the petition.

*Ralph J. Monaco*, in opposition.

Decided September 12, 2007

STATE OF CONNECTICUT *v.* MARTIN V.

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 381 (AC 26870), is denied.

*Annacarina Del Mastro*, senior assistant public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided September 12, 2007